UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOHN CORSAUT,

                       Plaintiff,

         -against-

TRANSWORLD SYSTEMS INC.,

                     Defendant.
-----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE

07 CV 3868
(DAB)

Pursuant to the Rule 7.1 (Formerly Local General Rule 1.9) of the Local Rules of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TRANSWORLD SYSTEMS INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE.**

Dated: New York, New York
       October 23, 2007

Yours etc.,
The Law Offices of Edward Garfinkel
Attorneys for Defendant,
TRANSWORLD SYSTEMS INC.

By: _____
     Kevin Barry McHugh ((KM-5924))
110 William Street
New York, New York 10038-3901
(212) 809-8000
Our File # NYNY 26844

TO:

Lawrence Katz (LK-0062)
Attorney for Plaintiff
445 Central Avenue, Suite 206
Cedarhurst, New York 11516
516.374.2118

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN CORSAUT,

                         Plaintiff,                  07 CV 3868
                                            (DAB)

      -against-

TRANSWORLD SYSTEMS INC.,

                         Defendant.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007 the foregoing document was filed with the

Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or

the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service

upon the following parties and participants.

                                            _____
                                            Kevin Barry McHugh

TO:

Lawrence Katz (LK-0062)
Attorney for Plaintiff
445 Central Avenue, Suite 206
Cedarhurst, New York 11516
516.374.2118