UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN CORSAUT,

                      Plaintiff,                      **ANSWER**

       -against-

                                                           07 CV 3868
TRANSWORLD SYSTEMS INC.,                  (DAB)

                      Defendant.
------------------------------------------------------------------X

       The defendant, **TRANSWORLD SYSTEMS INC.**, by its attorneys, The Law Offices of Edward Garfinkel, as and for an answer to the complaint of the plaintiff herein, respectfully alleges upon information and belief:

## INTRODUCTION

       **FIRST:**    Denies paragraph "1" of the complaint and respectfully refers all questions of law to the court.

## JURISDICTION & VENUE

       **SECOND:**    Admits paragraphs **"6" and "9"** of the complaint.

       **THIRD:**    Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph **"4"** of the complaint.

       **FOURTH:**    Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs **"2", "3" and "5"** of the complaint and respectfully refers all questions of law to the court.

       **FIFTH:**    Denies paragraphs **"7" and "8"** of the complaint and respectfully refers all questions of law to the court.

## CLASS ACTION ALLEGATIONS

**SIXTH:** Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs **"10", "11", "12", "13", "14", "15", "16", "17" and "18"** of the complaint and respectfully refers all questions of law to the court.

## AS AND A CAUSE OF ACTION

**SEVENTH:** Repeats the admissions and denials to the paragraphs of the complaint repeated and re-alleged in paragraph **"19"** of the complaint.

**EIGHTH:** Admits paragraph **"20"** of the complaint.

**NINTH:** Denies paragraph **"24"** of the complaint.

**TENTH:** Denies paragraphs **"21", "22" and "23"** of the complaint and respectfully refers all questions of law to the court.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Any alleged violations of the Fair Debt Collection Practices Act were not intentional, but resulted from a bona fide error notwithstanding the maintenance of procedures reasonably implemented to prevent such errors.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The class action form of litigation is inappropriate and not the superior means of litigating the alleged claims.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Plaintiff fails to state facts sufficient to state a cause of action.

WHEREFORE, the defendant, **TRANSWORLD SYSTEMS INC.**, demands judgment dismissing the Complaint and further demands judgment over and against the plaintiff, for the amount of any judgment obtained against this defendant, **TRANSWORLD SYSTEMS INC.**, by

the plaintiff or on the basis of apportionment of responsibility in such amounts as a jury or Court may direct together with costs, disbursements, and expenses of this action including attorneys' fees.

Dated: New York, New York
      October 23, 2007

                                      Yours etc.,
                                      THE LAW OFFICES OF EDWARD GARFINKEL
                                      Attorneys for Defendant,
                                      TRANSWORLD SYSTEMS INC.

                                      By: _____
                                             Kevin Barry McHugh (KM-5924))
                                      110 William Street
                                      New York, New York 10038-3901
                                      (212) 809-8000
                                      Our File # NYNY 26844

TO:

Lawrence Katz (LK-0062)
Attorney for Plaintiff
445 Central Avenue, Suite 206
Cedarhurst, New York 11516
516.374.2118

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN CORSAUT,

                       Plaintiff,                              07 CV 3868
                                                             (DAB)

    -against-

TRANSWORLD SYSTEMS INC.,

                       Defendant.
-------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service upon the following parties and participants.

                                                                Kevin Barry McHugh

TO:

Lawrence Katz (LK-0062)
Attorney for Plaintiff
445 Central Avenue, Suite 206
Cedarhurst, New York 11516
516.374.2118