UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| JOHN CORSAUT, <br><br> Plaintiff, <br><br> v. <br><br> TRANSWORLD SYSTEMS, INC., <br><br> Defendant. | CV-07-3868 (DAB) <br><br> STIPULATION OF DISMISSAL |

PLEASE TAKE NOTICE that the parties through their respective attorneys, do hereby stipulate that this matter be dismissed with prejudice and that the court retain jurisdiction for the purpose of enforcing the terms of the settlement of the parties.

Dated: Cedarhurst, New York
       March 28, 2007

_____              _____
For the Plaintiff                         For the Defendant
Lawrence Katz                             Kevin B. McHugh
445 Central Avenue, Suite 206             Law Offices of Edward Garfinkel
Cedarhurst, New York 11516                110 William Street
                                          New York, New York 10017

So Ordered

_____