

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
JOHN CORSAUT,                  : CV-07-3868 (DAB)
                   Plaintiff,  :
       v.                      :
                               : STIPULATION OF DISMISSAL
TRANSWORLD SYSTEMS, INC.,      :
                               :
                   Defendant.  :
                               :

PLEASE TAKE NOTICE that the parties through their respective attorneys, do hereby stipulate that this matter be dismissed with prejudice and that the court retain jurisdiction for the purpose of enforcing the terms of the settlement of the parties.

Dated: Cedarhurst, New York
       March 28, 2007

_____           _____
For the Plaintiff                   For the Defendant   (KM5924)
Lawrence Katz                       Kevin B. McHugh
445 Central Avenue, Suite 206       Law Offices of Edward Garfinkel
Cedarhurst, New York 11516          110 William Street
                                    New York, New York 10017

So Ordered

Deborah A. Batts
4/4/2008